FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST INTERSTATE BANK, a Montana State chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>WALL STREET APARTMENTS, LLC, a Washington limited liability company,<br><br>Defendant. | NO. 2:26-MC-0010-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT are Wall Street Apartments LLC Motion to Remand or Deny Removal (ECF No. 6) and Motion to Expedite (ECF No. 5).  These matters were submitted for consideration without oral argument.  The Court has reviewed the record and files herein and is fully informed.

The Court previously issued a pre-filing injunction in Case No. 2:24-CV-01540-TOR (ECF No. 25) enjoining Mr. Elkharwily, Mr. Humphries *and their associates and representatives* from filing further notices of removal regarding the

ORDER OF DISMISSAL ~ 1

state court receivership action without prior written permission from this Court. Additionally, Mr. Elkharwily must separately sign and certify that the intended filing is meritorious and does not rehash issues discussed in previous motions.  On June 22, 2026, Mr. Elkharwily's associate, Richard Wylie, filed a notice of removal of the state court receivership action subject to the pre-filing injunction without the Court's written permission and without a signed certification that the removal was meritorious.  ECF No. 1.  Therefore, the Court construes the notice as a request for removal.  For the reasons discussed in all the prior cases seeking removal, the request is **DENIED**.  *See First Interstate Bank v. Wall St. Apts.*, Case Nos. 2:23-CV-0376-TOR; 2:24-CV-0115-TOR; 2:24-CV-0144-TOR; 2:24-CV-0154-TOR; and 2:24-CV-0237-TOR.

//

//

//

//

//

//

//

//

//

ORDER OF DISMISSAL ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Wall Street Apartments LLC Motion to Remand or Deny Removal (ECF No. 6) is **GRANTED**.

2. Wall Street Apartments LLC Motion to Expedite (ECF No. 5) is **GRANTED**.

3. Richard Wylie's construed Request for Permission to File Notice of Removal (ECF No. 1) is **DENIED**.

4. This matter is **DISMISSED**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, Alaa Elkharwily, and Richard Wylie, and mail a certified copy of this Order to the Clerk of the Spokane County Superior Court.  This file shall be **CLOSED**.

DATED July 10, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 3